1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2
   ELISE BECKER (NYBN2540730)
3  Deputy Chief, Criminal Division

4  GREGORY D. BERNSTEIN (CABN 299204)
   Trial Attorney
5  United States Department of Justice

6  COLIN C. SAMPSON (CABN 249784)
   Assistant United States Attorney
7
        450 Golden Gate Avenue, 11th Floor
8       San Francisco, CA 94102-3495
        Telephone: (415) 436-7020
9       Fax: (415) 436-7009
        Email: colin.sampson@usdoj.gov
10
   Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 17-00191-JST |
| Plaintiff, | STIPULATION AND PROPOSED ORDER TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
| v. | |
| KENNETH TAYLOR, SHARON RINGGENBERG, and CRAIG SCOTT, | |
| Defendants. | |

The parties hereby STIPULATE and AGREE as follows:

1. On April 14, 2017, a federal grand jury in the Northern District of California returned a five-count Indictment alleging that Defendants Kenneth Taylor, Sharon Ringgenberg, and Craig Scott conspired to and did commit wire fraud with respect to a business providing fraudulent standby letters of credit and proof of funds statements, in violation of 18 U.S.C. §§ 1343 and 1349, and that Kenneth Taylor signed and filed false 2009 and 2010 federal income tax returns in which he failed to report

1

1. income from the fraud scheme, in violation of 26 U.S.C. § 7206(1).

2. On May 22, 2017, the Court issued a Protective Order regarding the discovery materials that the government plans to serve on Defendants. *See* Doc. No. 17.

3. On May 25, 2017, the government served initial discovery on all defendants. The government estimates that this production contains in excess of 70,000 pages of documents.

4. On May 26, 2017, Kenneth Taylor and Craig Scott, represented by their respective counsel, and the government, represented by Assistant U.S. Attorney Colin Sampson, appeared for an initial status hearing before United States District Judge Jon S. Tigar. The matter was continued to July 21, 2017, in order for counsel to review recently-produced discovery.

Accordingly, the United States and Defendants Kenneth Taylor, and Craig Scott, hereby STIPULATE AND AGREE that time under the Speedy Trial Act be excluded from May 26, 2017, to July 21, 2017, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (b)(iv) to allow for effective preparation of counsel, taking into account the exercise of due diligence.

Respectfully submitted,

BRIAN J. STRETCH
United States Attorney

Dated: May 30, 2017.                    */s/ Colin Sampson*
                                        COLIN SAMPSON
                                        Assistant United States Attorney
                                        GREGORY D. BERNSTEIN
                                        Trial Attorney

Dated: May 30, 2017.                    */s/ Martha Boersch*
                                        MARTHA BOERSCH
                                        Attorney for Defendant Kenneth Taylor

Dated: May 30, 2017.                    */s/ John Paul Reichmuth*
                                        JOHN PAUL REICHMUTH
                                        Attorney for Defendant Craig Scott

**ORDER**

Pursuant to the Stipulation of the United States of America and Defendants Kenneth Taylor and Craig Scott, and for good cause shown therein, time under the Speedy Trial Act is excluded from May 26, 2017, to July 21, 2017, pursuant 18 U.S.C. §§ 3161(h)(7)(A) and (b)(iv) because the ends of justice outweigh the interests of the public and the Defendants in a speedy trial, to allow for effective preparation of counsel, taking into account the exercise of due diligence, in order for the Defendants to review discovery served upon them by the United States and to prepare any pretrial motions, among other matters.

IT IS SO ORDERED.

Dated: June 2, 2017

_____
THE HONORABLE JON S. TIGAR
UNITED STATES DISTRICT JUDGE