1   BRIAN J. STRETCH (CABN 163973)
    United States Attorney
2
    BARBARA J. VALLIERE (DCBN 439353)
3   Assistant United States Attorney
    Chief, Criminal Division
4
    COLIN C. SAMPSON (CABN 249784)
5   Assistant United States Attorney

6       450 Golden Gate Avenue, 11th Floor
        San Francisco, CA 94102-3495
7       Telephone: (415) 436-7020
        Fax: (415) 436-7009
8       Email: colin.sampson@usdoj.gov

9   Attorneys for United States of America

10                          UNITED STATES DISTRICT COURT

11                         NORTHERN DISTRICT OF CALIFORNIA

12                                  OAKLAND DIVISION

13

| UNITED STATES OF AMERICA, | ) CR 17-00191-JST |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION AND PROPOSED ORDER TO |
| v. | ) EXCLUDE TIME UNDER THE SPEEDY |
| | ) TRIAL ACT AS TO ALL DEFENDANTS |
| KENNETH TAYLOR, | ) |
| SHARON RINGGENBERG, and | ) |
| CRAIG SCOTT, | ) |
| Defendants. | ) |

The parties hereby STIPULATE and AGREE as follows:

1.      On April 14, 2017, a federal grand jury in the Northern District of California returned a five-count Indictment alleging that Defendants Kenneth Taylor, Sharon Ringgenberg, and Craig Scott conspired to and did commit wire fraud with respect to a business providing fraudulent standby letters of credit and proof of funds statements, in violation of 18 U.S.C. §§ 1343 and 1349, and that Kenneth Taylor signed and filed false 2009 and 2010 federal income tax returns in which he failed to report income from the fraud scheme, in violation of 26 U.S.C. § 7206(1).

2.      On May 22, 2017, the Court issued a Protective Order regarding the discovery materials that the government plans to serve on Defendants. *See* Doc. No. 17.

1

3. On May 25, 2017, the government served initial discovery on all defendants. The government estimates that this production contains in excess of 70,000 pages of documents.

4. On May 26, 2017, Kenneth Taylor and Craig Scott, represented by their respective counsel, and the government, represented by Assistant U.S. Attorney Colin Sampson, appeared for an initial status hearing before United States District Judge Jon S. Tigar. The matter was continued to July 21, 2017, in order for counsel to review recently-produced discovery.

5. On July 17, 2017, the United States made an additional production of several thousand additional pages of documents to defendants.

6. On July 21, 2017, all defendants appeared at a status conference in this matter. A further status conference was scheduled for September 29, 2017, for counsel to continue reviewing discovery and for the government to produce electronic discovery materials that have not yet finished processing.

7. On September 22, 2017, the United States made productions to defendants of approximately 100,000 pages of discovery as well as audio recordings.

8. On September 29, 2017, all defendants appeared at a status conference in this matter. A further status conference was scheduled for January 12, 2018, at which the parties expect to set a briefing and trial schedule. Time under the speedy trial act was excluded from September 29, 2017 to January 12, 2018.

9. On December 6, 2017, lead counsel for Defendant Sharon Ringgenberg, James Brosnahan, filed a Notice of Withdrawal in this case.

10. As a result of the withdrawal of Mr. Brosnahan as lead counsel for Defendant Sharon Ringgenberg, and due to a scheduling conflict for current lead counsel Joshua Hill for Defendant Sharon Ringgenberg on January 12, 2017, the parties jointly request a continuance of the status conference in this matter from January 12, 2017, to February 9, 2017, the next available hearing date at which lead counsel for defendants and the government are available.

11. For the reason that counsel for Defendants Kenneth Taylor, Sharon Ringgenberg, and Craig Scott, require reasonable time for continuity of counsel and to allow for effective preparation, it is hereby stipulated by and between Plaintiff, the United States of America, and Defendants, through their counsel, as follows:

| | | |
|---|---|---|
| 1 | A. | That a status conference in this matter is scheduled for February 9, 2018, at |
| 2 | | 9:30 a.m.; and, |
| 3 | B. | That the period of delay from December 15, 2017 to February 9, 2018, shall be |
| 4 | | excluded pursuant to 18 U.S.C. § 3161(h)(1)(F), (h)(7)(A) and (h)(7)(B)(iv) as the |
| 5 | | ends of justice served by this exclusion allowing for continuity of counsel, and |
| 6 | | effective preparation in this matter outweigh the best interest of the public and the |
| 7 | | Defendants in a speedy trial. |

Accordingly, the United States and Defendants Kenneth Taylor, Sharon Ringgenberg, and Craig Scott, hereby STIPULATE AND AGREE that time under the Speedy Trial Act be excluded from December 18, 2017, through February 9, 2018, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (b)(iv) to allow for effective preparation of counsel, taking into account the exercise of due diligence.

Respectfully submitted,

BRIAN J. STRETCH
United States Attorney

Dated: December 18, 2017.        */s/ Colin Sampson*
COLIN SAMPSON
Assistant United States Attorney

Dated: December 18, 2017.        */s/ Martha Boersch*
MARTHA BOERSCH
Attorney for Defendant Kenneth Taylor

Dated: December 18, 2017.        */s/ John Paul Reichmuth*
JOHN PAUL REICHMUTH
Attorney for Defendant Craig Scott

Dated: December 18, 2017.        */s/ Joshua Hill, Jr.*
JOSHUA HILL, JR.
Attorney for Defendant Sharon Ringgenberg

**ORDER**

Pursuant to the Stipulation of the United States of America and Defendants Kenneth Taylor, Sharon Ringgenberg, and Craig Scott, and for good cause shown therein:

IT IS ORDERED THAT the status conference currently scheduled for January 12, 2018, is rescheduled to February 9, 2018. It is further

ORDERED THAT time under the Speedy Trial Act is excluded from December 18, 2017, through February 9, 2018, pursuant 18 U.S.C. §§ 3161(h)(7)(A) and (b)(iv) because the ends of justice outweigh the interests of the public and the Defendants in a speedy trial, allow for continuity of counsel, and effective preparation, taking into account the exercise of due diligence.

IT IS SO ORDERED.

Dated: December 19, 2017

_____
THE HONORABLE JON S. TIGAR
UNITED STATES DISTRICT JUDGE