1 ALEX G. TSE (CABN 152348)
Acting United States Attorney
2
BARBARA J. VALLIERE (DCBN 439353)
3 Assistant United States Attorney
Chief, Criminal Division
4
CHARLES A. O'REILLY (CABN 160980)
5 Trial Attorney, Tax Division
COLIN C. SAMPSON (CABN 249784)
6 Assistant United States Attorney

7   450 Golden Gate Avenue, 11th Floor
    San Francisco, CA 94102-3495
8   Telephone: (415) 436-7020
    Fax: (415) 436-7009
9   Email: colin.sampson@usdoj.gov

10 Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 17-00191-JST |
| Plaintiff, | STIPULATION AND PROPOSED ORDER TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT AS TO ALL DEFENDANTS |
| v. | |
| KENNETH TAYLOR, SHARON RINGGENBERG, and CRAIG SCOTT, | |
| Defendants. | |

The parties hereby STIPULATE and AGREE as follows:

1. On April 14, 2017, a federal grand jury in the Northern District of California returned a five-count Indictment alleging that Defendants Kenneth Taylor, Sharon Ringgenberg, and Craig Scott conspired to and did commit wire fraud with respect to a business providing fraudulent standby letters of credit and proof of funds statements, in violation of 18 U.S.C. §§ 1343 and 1349, and that Kenneth Taylor signed and filed false 2009 and 2010 federal income tax returns in which he failed to report income from the fraud scheme, in violation of 26 U.S.C. § 7206(1).

2. On May 22, 2017, the Court issued a Protective Order regarding the discovery materials

that the government plans to serve on Defendants.  *See* Doc. No. 17.

3. Between May 2017, and October 2017, the government made three large productions of discovery on all defendants.  The government estimates that this production contains approximately 260,000 pages of documents.

4. On May 26, 2017, Kenneth Taylor and Craig Scott, represented by their respective counsel, and the government, represented by Assistant U.S. Attorney Colin Sampson, appeared for an initial status hearing before United States District Judge Jon S. Tigar.  The matter was continued to July 21, 2017, in order for counsel to review recently-produced discovery.

5. On July 21, 2017, all defendants appeared at a status conference in this matter. A further status conference was scheduled for September 29, 2017, for counsel to continue reviewing discovery and for the government to produce electronic discovery materials that have not yet finished processing. Pursuant to 18 U.S.C. § 3161(h)(7)(B) (the "Speedy Trial Act"), time was excluded from July 21, 2017 to September 29, 2017.

6. On September 29, 2017, all defendants appeared at a status conference in this matter.  A further status conference was scheduled for January 12, 2018, at which the parties expect to set a briefing and trial schedule. Time under the Speedy Trial Act was excluded from September 29, 2017 to January 12, 2018.

8. On December 6, 2017, lead counsel for Defendant Sharon Ringgenberg, James Brosnahan, filed a Notice of Withdrawal in this case.

8. On December 19, 2017, the Court granted the parties' stipulation to continue the status conference to February 9, 2017 and excluded time under the Speedy Trial Act between December 19, 2017 and February 9, 2018.

9. On February 9, 2018, all defendants appeared at a status conference in this matter.  The Court set a motions hearing for July 20, 2018, at 1:30 p.m., a pretrial conference hearing for October 26, 2018 at 1:30 p.m., and a trial date of November 5, 2018.  The parties agreed to meet and confer and propose a motions briefing schedule to the Court.  The Court ordered that, given voluminous discovery produced, time pursuant to the Speedy Trial Act will be excluded from February 9, 2018, until November 5, 2018.

10. For the reason that counsel for Defendants Kenneth Taylor, Sharon Ringgenberg, and Craig Scott, require reasonable time to allow for effective preparation, including reviewing voluminous discovery and preparing pretrial motions and trial preparation, it is hereby stipulated by and between Plaintiff, the United States of America, and Defendants, through their counsel, that the period of delay from February 9, 2018, to November 5, 2018, shall be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) as the ends of justice served by this exclusion allowing for effective preparation in this matter outweigh the best interest of the public and the Defendants in a speedy trial.

Accordingly, the United States and Defendants Kenneth Taylor, Sharon Ringgenberg, and Craig Scott, hereby STIPULATE AND AGREE that time under the Speedy Trial Act be excluded from February 9, 2018, through November 5, 2018, pursuant to 18 U.S.C. §§ 3161(h)(7)(B)(iv) to allow for effective preparation of counsel, taking into account the exercise of due diligence.

Respectfully submitted,

ALEX G. TSE
Acting United States Attorney

Dated: February 9, 2018.  */s/ Colin Sampson*
CHARLES A. O'REILLY
COLIN SAMPSON
Assistant United States Attorney

Dated: February 9, 2018.  */s/ Martha Boersch*
MARTHA BOERSCH
Attorney for Defendant Kenneth Taylor

Dated: February 9, 2018.  */s/ John Paul Reichmuth*
JOHN PAUL REICHMUTH
Attorney for Defendant Craig Scott

Dated: February 9, 2018.  */s/ Joshua Hill, Jr.*
JOSHUA HILL, JR.
Attorney for Defendant Sharon Ringgenberg

# ORDER

Pursuant to the Stipulation of the United States of America and Defendants Kenneth Taylor, Sharon Ringgenberg, and Craig Scott, and for good cause shown therein:

IT IS ORDERED THAT time under the Speedy Trial Act is excluded from February 9, 2018, through November 5, 2018, pursuant 18 U.S.C. §§ 3161(h)(7)(B)(iv) because the ends of justice outweigh the interests of the public and the Defendants in a speedy trial, taking into account effective preparation and the exercise of due diligence.

IT IS SO ORDERED.

Dated: __February 20__, 2018.



_____
THE HONORABLE JON S. TIGAR
UNITED STATES DISTRICT JUDGE