1  JOSHUA HILL, JR. (CA SBN 250842)
   JHill@mofo.com
2  DINA ROUMIANTSEVA (CA SBN 300576)
   DRoumiantseva@mofo.com
3  JOSHUA A. KORR (CA SBN 304577)
   JKorr@mofo.com
4  MORRISON & FOERSTER LLP
   425 Market Street
5  San Francisco, California 94105-2482
   Telephone: 415.268.7000
6  Facsimile: 415.268.7522

7  Attorneys for Defendant
   SHARON RINGGENBERG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KENNETH TAYLOR,<br>SHARON RINGGENBERG, and<br>CRAIG SCOTT,<br><br>Defendants. | Case No. CR 17-00191-JST-2<br><br>**STIPULATION AND PROPOSED ORDER SETTING MOTIONS BRIEFING SCHEDULE** |

The parties hereby STIPULATE and AGREE as follows:

1. On February 9, 2018, all defendants appeared at a status conference in this matter. The Court set the motions hearing for July 20, 2018, at 1:30pm in Oakland. The parties agreed to meet and confer and propose a motions briefing schedule to the Court.

2. On February 20, 2018, this Court entered an order that time under the Speedy Trial Act is excluded from February 9, 2018, through November 5, 2018, pursuant 18 U.S.C. §§ 3161(h)(7)(B)(iv). All parties agree that time under the Speedy Trial Act is excluded from February 9, 2018, through November 5, 2018.

3. For the reason that counsel for Mr. Scott is scheduled to be in jury trial during the week of July 16, including July 20, and counsel for all defendants require additional time to allow for effective preparation of motions due to the volume of discovery, it is hereby stipulated by and between Plaintiff, the United States of America, and Defendants, through their counsel, that the motions hearing be set for September 7, 2018, at 1:30pm in Oakland, and the briefing schedule is to be set as follows:

| | |
|---|---|
| Last Day to File Motions: | August 10, 2018 |
| Last Day to File Oppositions: | August 24, 2018 |
| Last Day to File Replies: | August 31, 2018 |
| Motions Hearing: | September 7, 2018 at 1:30pm in Oakland |

Respectfully submitted,

Dated: June 18, 2018

*/s/ Joshua Hill*
JOSHUA HILL, JR.
Attorney for Defendant Sharon Ringgenberg

Dated: June 18, 2018

*/s/ Martha Boersch*
MARTHA BOERSCH
Attorney for Defendant Kenneth Taylor

Dated: June 18, 2018

*/s/ John Paul Reichmuth*
JOHN PAUL REICHMUTH
Attorney for Defendant Craig Scott

Dated: June 18, 2018

*/s/ Colin Sampson*
COLIN SAMPSON
Assistant United States Attorney

# ORDER

Pursuant to the Stipulation of the United States of America and Defendants Kenneth Taylor, Sharon Ringgenberg, and Craig Scott, and for good cause shown therein:

IT IS ORDERED THAT the motions hearing date and briefing schedule is set as follows:

| | |
|---|---|
| Last Day to File Motions: | August 10, 2018 |
| Last Day to File Oppositions: | August 24, 2018 |
| Last Day to File Replies: | August 31, 2018 |
| Motions Hearing: | ~~September 7~~ October 12, 2018, at 1:30 p.m. in Oakland |

In light of the Court's continuance of the hearing date, the Court will entertain a stipulation to modify the briefing schedule provided that reply briefs are due no later than September 21, 2018.

IT IS SO ORDERED.

Dated: June 21, 2018

THE HONORABLE JON S. TIGAR
UNITED STATES DISTRICT JUDGE

Case No. CR 17-00191-JST-2