| | |
|---|---|
| 1 | BOERSCH SHAPIRO LLP |
| 2 | Martha Boersch (State Bar No. 126569)<br>Mboersch@boerschshapiro.com |
| 3 | Lara Kollios (State Bar No. 235395)<br>Lkollios@boerschshapiro.com |
| 4 | 1611 Telegraph Ave., Ste. 806<br>Oakland, CA 94612 |
| 5 | Telephone: (415) 500-6640 |

Attorneys for Defendant
Kenneth Taylor

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| UNITED STATES, | Case No. 17-cr-0191-JST |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER ALLOWING DEFENDANT TAYLOR TO TRAVEL** |
| KENNETH TAYLOR, et al., | |
| Defendants. | |

Defendant Kenneth Taylor, by his counsel Martha Boersch, and the United States, by its counsel Assistant United States Attorney Colin Sampson, hereby stipulate and agree that defendant Taylor may travel out of this district to Tyler, Texas, from August 22 through August 27, 2018, to attend a training on active shooter prevention. Mr. Taylor has been working with local law enforcement on this topic. Mr. Taylor has advised his pretrial services officer of his itinerary, and she does not object. Counsel for the government has also agreed to the travel.

Dated: August 6, 2018         */s/ Martha Boersch*
                              Martha Boersch
                              Attorney for Defendant Kenneth Taylor

                              */s/ Colin Sampson*
                              Colin Sampson
                              Assistant Unites States Attorney

STIPULATION AND [PROPOSED] ORDER
ALLOWING TRAVEL
Case No.: 17-cr-0191-JST

**[~~PROPOSED~~] ORDER**

Based on the stipulation between the parties in this case, IT IS ORDERED that Defendant Kenneth Taylor may travel out of this district to Tyler, Texas, from August 22 through August 27, 2018.

IT IS SO ORDERED:

Dated: August _3_, 2018

_____
HONORABLE KANDIS A. WESTMORE
United States Magistrate Judge