BOERSCH SHAPIRO LLP
Martha Boersch (State Bar No. 126569)
Mboersch@boerschshapiro.com
Lara Kollios (State Bar No. 235395)
Lkollios@boerschshapiro.com
1611 Telegraph Ave., Ste. 806
Oakland, CA 94612
Telephone: (415) 500-6640

Attorneys for Defendant
Kenneth Taylor

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>                    Plaintiff,<br><br>          v.<br><br>KENNETH TAYLOR, et al.,<br><br>                    Defendants. | Case No. 17-cr-0191-JST<br><br>**DECLARATION OF MARTHA BOERSCH IN SUPPORT OF MOTION TO SUPRESS EVIDENCE SEIZED FROM 6877 ELVERTON DRIVE, OAKLAND, CALIFORNIA** |

I, Martha Boersch, hereby declare and state on information and belief:

1.     I am the attorney of record for defendant Kenneth Taylor, and was appointed by the Court to represent Mr. Taylor under the Criminal Justice Act.

2.     Mr. Taylor was indicted on these federal charges on April 13, 2017.

3.     Between May 2017 and September 2017, the government produced over 60 gigabytes of information consisting of over 200,000 pages of discovery in this matter.  I have not been able to review all the discovery produced given my other commitments and the voluminous amount of discovery.

4.     The discovery consists of documents apparently relating to dozens of individuals and dozens of entities that have no apparent relation to the charges in this case.  For instance, the government has produced the entire case file – including trial transcripts, trial exhibits, deposition transcripts, discovery requests and responses – for a civil case before judge Alsup captioned

1  *Doublevision Entertainment LLC v. Navigators Specialty Insurance Company, et al.*, No. C 14-2848-
2  WHA.  There appear to be over 12,000 pages of discovery from this case file alone.  I have reviewed
3  some of these documents and cannot determine the relevance of these materials to the charges in this
4  case.

5        5.      As other examples, the discovery includes 857 pages of Union Bank account records
6  for a company called Commercial Escrow Services, Inc.; 526 pages of records from Capital One that
7  appear to relate to a company called American Resource Group LLC or American Master Clean,
8  companies that appear to be based in Baton Rouge, Louisiana.  Finally, the discovery includes, as a
9  more quotidian example, copies of faxes and related correspondence between Mr. Taylor's wife,
10 Angela Taylor, and Ashby Lumber.

11       6.      Given the vast amount of apparently irrelevant documents the government has
12 produced, it is impossible to determine the contours of the fraud alleged in the indictment and, more
13 specifically, Mr. Taylor's role in that fraud.

14       7.      The government has produced several copies of the search warrant and application and
15 affidavit for the search of Mr. Taylor's home.  Exhibit A.  The search warrant was signed by the Hon.
16 Maria Elena James on February 17, 2017.  A return was filed on February 26, 2017.  Exhibit B.

17       8.      According to the return, the government seized numerous items that appear to fall well
18 outside the scope of the warrant, indicating to undersigned counsel that the execution of the search
19 consisted of a generalized rummaging through Mr. and Mrs. Taylor's personal belongings in their
20 home.

21       9.      For instance, the return indicates that the government seized documents related to
22 "ranch expenses" for Mr. Taylor; "receipts for diamond flower band;" and documents related to two
23 individuals who appear to be medical doctors, Dr. Marotti and Andrew Barrett MD.  Exhibit B at US-
24 0024475.  The government also seized DMV registrations, life insurance statements, and documents
25 related to a Riverside, California property expenses and the purchase of a horse or horses.  *Id.* and
26 US-0024476.

27

28

      2      DECLARATION OF MARTHA BOERSCH
              ISO MOTION TO SUPRESS
              Case No.: 17-cr-0191-JST

10. The government also seized a number of documents that apparently consisted of attorney-client communications. Exhibit B at US-0024476.

11. In addition to documents, the government seized 16 electronic devices – virtually every electronic device in the house – including the Apple iPhone on Mrs. Taylor's person and numerous hard drives related to Mr. Taylor's work as a music producer. Exhibit B at US-0024473-74.

12. At some point, the government searched those electronic devices and has produced to all three defendants over 35,000 pages of images taken from those devices. Those images include, for example, personal and wholly irrelevant emails, religious materials from Mr. Taylor's church, and irrelevant text messages between Mr. Taylor and his family members and others.

I hereby declare under penalty of perjury under the laws of the United States and this Court that the foregoing is true and correct to the best of my knowledge. Executed this 10 day of August, 2018 at Oakland, California.

                         */s/ Martha Boersch*
                         Martha Boersch