# EXHIBIT

# B

AO 93  (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT

for the

Northern District of California

In the Matter of the Search of
*(Briefly describe the property to be searched
or identify the person by name and address)*

6877 Elverton Drive, Oakland, California.

~~SEALED BY ORDER OF COURT~~

~~FILED~~
~~FEB 26 2018~~
~~SUSAN Y. SOONG~~
~~CLERK, U.S. DISTRICT COURT~~
~~NORTHERN DISTRICT OF CALIFORNIA~~

)
)
)
)
)

Case No. **16    70233**

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

        An application by a federal law enforcement officer or an attorney for the government requests the search
of the following person or property located in the _____**Northern**_____ District of _____**California**_____
*(identify the person or describe the property to be searched and give its location)*:

        6877 Elverton Drive, Oakland, California (more fully described in ATTACHMENT A, incorporated herein by reference).

        I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property
described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

        See ATTACHMENT B, fully incorporated herein by reference.

        **YOU ARE COMMANDED** to execute this warrant on or before _____3-8-16_____ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.     ☐ at any time in the day or night because good cause has been established.

        Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the
person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the
property was taken.

        The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory
as required by law and promptly return this warrant and inventory to _____Hon. Maria-Elena James_____ .
                                                                                            *(United States Magistrate Judge)*

        ☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C.
§ 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose
property, will be searched or seized *(check the appropriate box)*
        ☐ for _____ days *(not to exceed 30)*     ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:    2-24-16 2:30 pm                    _____
                                                                      *Judge's signature*

City and state:     San Francisco, CA                    Hon. Maria-Elena James, U.S. Magistrate Judge
                                                              *Printed name and title*

US-024464

## ATTACHMENT A

## PREMISES TO BE SEARCHED

The property residence located at 6877 Elverton Drive, Oakland, California. The property appears to be a multi-story residential building, with tan exterior, grey tile roof, and wood colored garage door. The numbers "6877" are affixed to the exterior of the building to the right of the garage door. The search shall include all rooms and all other parts therein, as well as surrounding grounds, garages, storage rooms and outbuildings of any kind, attached or unattached, located on the premises relating to address stated above. (Photographs depicting the home are attached below.)





Attachment A
Special Agent James Hade

US-024465

## ATTACHMENT B

### ITEMS TO BE SEIZED

For the period January 1, 2006 through the present, all items and records which constitute evidence, fruits, or instrumentalities of violations of Title 26 U.S.C. Section 7201, attempting to evade the assessment of a tax or payment thereof; Title 26 U.S.C. Section 7206(1), willfully making and subscribing to a materially false return; Title 31 U.S.C. Section 5314 and 5322(a), willful violation of foreign bank and financial account reporting requirements; Title 18 U.S.C. Sections 1343 and 1349, wire fraud and attempts/conspiracies to commit wire fraud; Title 18 U.S.C. Section 1956 (a)(1), money laundering – financial transaction offense; and 18 U.S.C. § 371, entering into an agreement or conspiracy to defraud the government, including the items listed below.

As used in this Attachment, the terms "records," "documents," and "materials" include all of the items described herein, in whatever form and by whatever means they may have been created and/or stored. This includes any handmade, photographic, mechanical, electrical, electronic, paper, digital, and/or magnetic forms. It also includes items in the form of computer hardware, software, documentation, passwords, electronic mail, and/or data security devices.

I. **The Items to Be Seized are those items relating to the following individuals and entities:**

   A. KEN TAYLOR;

   B. YAVAIR TAYLOR;

   C. SHARON RINGGENBERG;

   D. CHRIS JANN;

   E. CLEARFOG INVESTMENTS, LLC;

   F. CLEARFOG TRADING, LLC;

   G. CENTERLINK, LLC;

   H. KREIGHTON DACSHEL, LLC;

   I. RAIGOLD;

   J. SUCCESS BULLION USA or SUCCESS BULLION, LLC

   K. SUCCESS UNIVERSE GROUP (Hong Kong);

   L. PRESTIGIOUS BUSINESS SOLUTIONS;

   M. CRAIG SCOTT and the SCOTT INVESTMENT GROUP;

   N. DARRYL MORRIS and QUANTUM INTERNATIONAL TRADING;

   O. TONI HARDSTONE and COMMERCIAL ESCROW SERVICES;

US-024466

## ATTACHMENT B

### ITEMS TO BE SEIZED

P.  AMERICAN UNITED TITLE & ESCROW;

Q.  NICOLETTE CAIN and ARI CAPITAL

R.  JONATHAN RIVAS and DCDB GROUP;

S.  HELVETIA INTERNATIONAL BANCORP;

T.  ROBERT HART;

U.  HOWARD NEAL;

V.  BARBARA FIGARI and FIGARI LAW;

W. Entities with variations of the names above; and

X.  Any other entities and individuals engaging in financial transactions with the individuals and entities listed above.

II.  **The Items to Be Seized are more specifically identified as:**

A.  All records, files, correspondence, or other items relating to any stand by letter of credit (SBLC), proof of funds, platform trading, FOREX transactions, or other financial instruments.

B.  All records, files, correspondence, or other items relating to National Futures Association (NFA), Commodity Futures Trading Commission (CFTC), Nevada Attorney General, or Federal Bureau of Investigation (FBI).

C.  All records, files, correspondence, or other items relating to wires, deposits, and transfers to and from any attorney trust account or Interest on Lawyer Trust Accounts (IOLTAs).

D.  Equipment and records related to the preparation and transmission of SWIFT messages; including all related client listings, broker listings, notes and memorandum. All correspondence related to the preparation and transmission of SWIFT messages, including; letters, notes, electronic mail, and facsimile.

E.  Business records including; books and records used in the preparation of business and financial statements, income statements, profit and loss statements, balance sheets, trial balances, financial summaries, financial worksheets, general ledgers, general journals, sales ledgers, sales journals, accounts receivable reports, cash receipts journals, cash disbursement journals, check registers, purchase receipts, receipt books, payroll records, client listings, broker listings, all of which would be used to determine the amount of income,

US-024467

## ATTACHMENT B

## ITEMS TO BE SEIZED

expenses, deductions, net income, taxable income and the tax liability of KEN
TAYLOR and his related business entities as described above.

F. All records, documents, files, or other items relating to the rental or leasing of
office space, mail boxes, postal boxes, or storage facilities, including electronic or
"cloud-based" storage.

G. All records related to business or personal expenses and investments, including;
sales invoices, purchase invoices, sales receipts, credit card statements,
cancelled checks, closing statements, notes, contracts, purchase agreements
and loan documents.   All correspondence related to business or personal
expenses and investments including; letters, notes, electronic mail, and facsimile.

H. Employee personnel records, including lists of employees and employee
information such as Social Security Number, address, telephone number,
electronic mail (e-mail) address, or other identifying information.  Any schedules
or other records of payments made to employees by check or cash (currency).

I. Financial institution, brokerage company, and bank documents more particularly
described as signature cards, applications, account statements, savings
passbooks, cancelled checks and checks to cash, deposit slips, bank checks,
check registers, cashier's checks, money orders, withdrawal slips, records
disclosing the disposition of withdrawals, wire transfers and wire instructions,
promissory notes, negotiable instruments, safe deposit box records and keys,
storage unit records and keys, all of which relate to the amount of income,
expenses, deductions, and the tax liability of KEN TAYLOR and his related
business entities as described above.

J. Federal and state income and payroll tax returns, schedules, IRS forms,
preparation instructions and schedules, worksheets, letters and notices to or from
the Internal Revenue Service or Franchise Tax Board, tax-related documents,
notes and correspondence, which relate to KEN TAYLOR and his related
business entities as described above.

K. Documents indicating control and ownership of the assets belonging to KEN
TAYLOR and his related business entities as described above.

L. Any and all documents related to the use of nominee names and accounts or the
attempt to conceal assets and income.

M. Loan and line-of-credit records including applications, financial statements, loan
collateral, credit and background investigations required, loan agreements, notes
or mortgages, settlement sheets, contracts, retained copies of checks issued for
loans, repayment records, including records revealing the date, amount and

US-024468

## ATTACHMENT B

### ITEMS TO BE SEIZED

method of repayment (cash, check, or money order), checks used to repay loans and a record disclosing the total amount of discount or interest paid annually, records of any liens, loans correspondence files, and internal memoranda relative to these loans.

N. All items indicative of contracts, family relationships, fiduciary, or financial relationships among any of the individuals and entities listed above, or their officers, employees, or contractors.

O. Records establishing the ownership and control of the property by the above-listed individuals and entities.

P. Any indicia of use, ownership, possession, or control of items or records listed above to be sought or indicia of ownership or use of any specific location or equipment containing the above-listed items, including rental and/or lease records, computer logs, utility and telephone bills, and mail.

Q. Items tending to establish evidence of money laundering activity to include records of currency transactions, foreign and domestic financial transactions, such as wire transfers, cashier's checks and money orders, bank drafts, and published reference material on the subject of money laundering.

R. Personal property establishing evidence of money laundering activity purchased on or after May 5, 2010.

S. Any cash, money orders, cashier's checks, gold coins, domestic or foreign currency over $2,000.

## III. Computers and Electronic Evidence

The items above also include records, documents, programs, applications or materials created, modified or stored in any form, including, but not limited to, electronic format or as computer data, and also include the following:

A. Any computer equipment and storage device capable of being used to commit, further or store such computer data (to include, but not limited to, SWIFT messaging-related equipment, hard disk drives, floppy disks, compact disks, magnetic tapes, memory chips, thumb drives, secure digital media used in phones and cameras, personal music devices, Smart Phones, PDAs, cellular telephones, tablet computer devices, and any other devices or similar items capable of storing electronic communications and/or data);

B. Any computer equipment used to facilitate the transmission, creation, display, encoding or storage of data, including word processing equipment, modems,

US-024469

# ATTACHMENT B

## ITEMS TO BE SEIZED

docking stations, monitors, printers, plotters, encryption devices, and optical scanners;

C. Any magnetic, electronic or optical storage device capable of storing data, such as floppy disks, hard disks, tapes, CD-ROMs, CD-R, CD-RWs, DVDs, optical disks, printer or memory buffers, smart cards, PC cards, memory calculators, electronic dialers, electronic notebooks, and personal digital assistants;

D. Any documentation, operating logs and reference manuals regarding the operation of the computer equipment, storage devices or software;

E. Any applications, utility programs, compilers, interpreters, and other software used to facilitate direct or indirect communication with the computer hardware, storage devices or data to be searched;

F. Any written or computer communication relating to the items sought above, in printed or stored medium, such as E-Mail and Chat Logs whether in active files, deleted files or unallocated space on the hard drives, floppy drives, thumb drives, or any data storage media;

G. Any physical keys, encryption devices, dongles and similar physical items that are necessary to gain access to the computer equipment, storage devices or data; Any passwords, password files, test keys, encryption codes or other information necessary to access the computer equipment, storage devices or data; and

H. Any "contextual data," that is, evidence of how a digital device has been used, what it has been used for and who has used it, including, but not limited to, file directories and file/folder structure data, message transmission records, and records of Internet activity (use of and log ins to emails, financial, or other web sites), and other user-provided data.

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| **Return** | | |
|---|---|---|
| Case No.:<br>3 - 16 - 70233 | Date and time warrant executed:<br>02/25/2016   7:10 am | Copy of warrant and inventory left with:<br>ANGELA TAYLOR |
| Inventory made in the presence of :<br>SPECIAL AGENT   JENNIFER   CHIOU | | |
| Inventory of the property taken and name of any person(s) seized: | | |

SEE   ATTACHED

| **Certification** |
|---|

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 2/26/2016

_____
*Executing officer's signature*

JAMES HADIE, SPECIAL AGENT
*Printed name and title*

US-024471

# Inventory Listing of All Items Seized at Search Warrant Site

**Site Name:**
6877 Elverton Drive
Oakland, CA 94611

**Investigation Number:**
1000269997
**Starting Date and Time:**
02/25/2016 07:10 AM
**Ending Date and Time:**
02/25/2016 01:10 PM

**Report Date:**
Thursday, February 25,
2016

| | | | |
|---|---|---|---|
| **Control #:** | 1 | **Evidence Box:** | 1 |
| **Location:** | Closet | **Locator Code:** | C-1 |
| **Found:** | In grey bin underneath cabinet | | |
| **Description:** | Seized per Warrant | Bank statements for Clear Fog - Kenneth Taylor 2006; Bank statements; Board of Equalization; IRS letters for Gamestar Ventures, LLC - Kenneth Taylor | |

| | | | |
|---|---|---|---|
| **Control #:** | 2 | **Evidence Box:** | 1 |
| **Location:** | Closet | **Locator Code:** | C-1 |
| **Found:** | In grey bin underneath cabinet | | |
| **Description:** | Seized per Warrant | Clearfog investments materials; CF corporate records; bank transfer documents; phone installation receipt; investment documents; National Commodity Futures Exam - license manual 11 ed. | |

| | | | |
|---|---|---|---|
| **Control #:** | 3 | **Evidence Box:** | 2 |
| **Location:** | Office/Music Room | **Locator Code:** | G |
| **Found:** | Desk area | | |
| **Description:** | Seized per Warrant | Centerlink certificate; investment textbooks; Clearfog client contracts | |

| | | | |
|---|---|---|---|
| **Control #:** | 4 | **Evidence Box:** | 3 |
| **Location:** | Office/Music Room | **Locator Code:** | G |
| **Found:** | Closet | | |
| **Description:** | Seized per Warrant | 2007 & 2008 bank statements and expenditures - Clearfog Investments, LLC | |

| | | | |
|---|---|---|---|
| **Control #:** | 5 | **Evidence Box:** | 4 |
| **Location:** | Office/Music Room | **Locator Code:** | G |
| **Found:** | Closet | | |
| **Description:** | Seized per Warrant | Bank statements and various statements; Clearfog investments customer records; credit card statements; 2006 & 2008 tax returns for Ken and Angela Taylor | |

US-024472

| Control #: | 6 | Evidence Box: | 5 |
|---|---|---|---|
| Location: | Office/Music Room | Locator Code: | G |
| Found: | Closet | | |
| Description: | Seized per Warrant | Financial documents; 2007 tax return for Ken and Angela Taylor; credit card statements; DMV; bank statement | |

| Control #: | 7 | Evidence Box: | 6 |
|---|---|---|---|
| Location: | Family Room #2 | Locator Code: | E-4 |
| Found: | On person of Angela Taylor | | |
| Description: | Seized per Warrant | Apple iPhone, Model #A1586 | |

| Control #: | 8 | Evidence Box: | 6 |
|---|---|---|---|
| Location: | Office/Music Room | Locator Code: | G |
| Found: | Closet | | |
| Description: | Seized per Warrant | Western Digital Harddrive, Serial #WCAHL5068880 | |

| Control #: | 9 | Evidence Box: | 6 |
|---|---|---|---|
| Location: | Office/Music Room | Locator Code: | G |
| Found: | Closet | | |
| Description: | Seized per Warrant | Fujitsu Harddrive, Serial #VH01T1A0CS4U | |

| Control #: | 10 | Evidence Box: | 6 |
|---|---|---|---|
| Location: | Office/Music Room | Locator Code: | G |
| Found: | Closet | | |
| Description: | Seized per Warrant | Western Digital Harddrive, Serial #WMANM1897099 | |

| Control #: | 11 | Evidence Box: | 6 |
|---|---|---|---|
| Location: | Office/Music Room | Locator Code: | G |
| Found: | Closet | | |
| Description: | Seized per Warrant | HP Laptop, Serial #CNF44803J8 | |

| Control #: | 12 | Evidence Box: | 6 |
|---|---|---|---|
| Location: | Office/Music Room | Locator Code: | G |
| Found: | Closet | | |
| Description: | Seized per Warrant | Sony Vaio Desktop, Serial #3015535 | |

| Control #: | 13 | Evidence Box: | 6 |
|---|---|---|---|
| Location: | Office/Music Room | Locator Code: | G |
| Found: | Closet | | |
| Description: | Seized per Warrant | Gateway Desktop, Serial #CGM7561002843 | |

| Control #: | 14 | Evidence Box: | 6 |
|---|---|---|---|
| Location: | Office/Music Room | Locator Code: | G |
| Found: | Closet | | |
| Description: | Seized per Warrant | Generic Desktop, 782971-08/15/02 | |

US-024473

| Control #: | 15 | Evidence Box: | 6 |
|---|---|---|---|
| Location: | Master Bedroom | Locator Code: | I |
| Found: | Near window on the opposite side of balcony | | |
| Description: | Seized per Warrant    iPad, Model #A1430 with protective sheet | | |

| Control #: | 16 | Evidence Box: | 6 |
|---|---|---|---|
| Location: | Master Bedroom | Locator Code: | I |
| Found: | Nightstand next to bed opp. side of balcony | | |
| Description: | Seized per Warrant    Mac Laptop (white), Model #A134, Serial #W8945QZV8PW | | |

| Control #: | 17 | Evidence Box: | 6 |
|---|---|---|---|
| Location: | Master Bedroom | Locator Code: | I |
| Found: | Nightstand next to bed on balcony side | | |
| Description: | Seized per Warrant    iPhone, Model #A1303 | | |

| Control #: | 18 | Evidence Box: | 6 |
|---|---|---|---|
| Location: | Master Bedroom | Locator Code: | I |
| Found: | Nightstand next to bed on balcony side | | |
| Description: | Seized per Warrant    Seagate USB Drive, Serial #NA5AGKFE | | |

| Control #: | 19 | Evidence Box: | 6 |
|---|---|---|---|
| Location: | Master Bedroom | Locator Code: | I |
| Found: | Nightstand next to bed on balcony side | | |
| Description: | Seized per Warrant    PNY thumbdrive | | |

| Control #: | 20 | Evidence Box: | 6 |
|---|---|---|---|
| Location: | Master Bedroom | Locator Code: | I |
| Found: | Nightstand next to bed on balcony side | | |
| Description: | Seized per Warrant    SanDisk thumbdrive | | |

| Control #: | 21 | Evidence Box: | 6 |
|---|---|---|---|
| Location: | Master Bedroom | Locator Code: | I |
| Found: | Nightstand next to bed on balcony side | | |
| Description: | Seized per Warrant    PNY and SanDisk SD cards | | |

| Control #: | 22 | Evidence Box: | 6 |
|---|---|---|---|
| Location: | Master Bedroom | Locator Code: | I |
| Found: | Nightstand next to bed on balcony side | | |
| Description: | Seized per Warrant    CD labeled "CLEARFO G 2005-07 EMAILS" | | |

| Control #: | 23 | Evidence Box: | 6 |
|---|---|---|---|
| Location: | His Closet | Locator Code: | I-1 |
| Found: | In shoe cabinet | | |
| Description: | Seized per Warrant    Lexar thumbdrive | | |

Page 3  of  6

US-024474

| | | | |
|---|---|---|---|
| **Control #:** | 24 | **Evidence Box:** | 1 |
| **Location:** | His Closet | **Locator Code:** | I-1 |
| **Found:** | Cabinet with shoes | | |
| **Description:** | Seized per Warrant | Receipts of bank deposits; cashier's checks receipts for First Republic, deposits include First Republic Bank, Bank of America, SF Police Credit Union, Chase, WFB | |

| | | | |
|---|---|---|---|
| **Control #:** | 25 | **Evidence Box:** | 1 |
| **Location:** | His Closet | **Locator Code:** | I-1 |
| **Found:** | Bags in Closet | | |
| **Description:** | Seized per Warrant | Bank receipts; deposit slips; wire transfer info; misc receipts | |

| | | | |
|---|---|---|---|
| **Control #:** | 26 | **Evidence Box:** | 1 |
| **Location:** | Master Bedroom | **Locator Code:** | I |
| **Found:** | Nook near window | | |
| **Description:** | Seized per Warrant | "Ranch expenses" for Ken Taylor; Receipts for diamond flower band; Dr. Marotti and Andrew Barrett MD | |

| | | | |
|---|---|---|---|
| **Control #:** | 27 | **Evidence Box:** | 1 |
| **Location:** | Kitchen | **Locator Code:** | E-2 |
| **Found:** | Drawer | | |
| **Description:** | Seized per Warrant | DMV registration - 2010 Jaguar; Lease Agreement - 6035 Castle Drive, Oakland for Kenneth and Angela Taylor | |

| | | | |
|---|---|---|---|
| **Control #:** | 28 | **Evidence Box:** | 7 |
| **Location:** | Hallway | **Locator Code:** | H |
| **Found:** | Inside desk drawer | | |
| **Description:** | Seized per Warrant | FTB statements for Ken Taylor; W-2; DMV renewal for Yavour Taylor; check register; Form 1099 | |

| | | | |
|---|---|---|---|
| **Control #:** | 29 | **Evidence Box:** | 7 |
| **Location:** | Hallway | **Locator Code:** | H |
| **Found:** | Top of desk | | |
| **Description:** | Seized per Warrant | 2012 tax documents; DMV registrations; Forms 1099-Misc; credit card statements; line of credit statements | |

| | | | |
|---|---|---|---|
| **Control #:** | 30 | **Evidence Box:** | 7 |
| **Location:** | Hallway | **Locator Code:** | H |
| **Found:** | On the floor next to the desk | | |
| **Description:** | Seized per Warrant | FTB statements; life insurance statement; PNC bank statements; PENSKE rental agreement | |

US-024475

| | | | |
|---|---|---|---|
| **Control #:** | 31 | **Evidence Box:** | 7 |
| **Location:** | Master Bedroom | **Locator Code:** | I |
| **Found:** | Nightstand, balcony side of bed | | |
| **Description:** | Seized per Warrant | Bank & loan records; business correspondences; IRS documents; bank correspondence; credit reports; business plans; check stubs | |

| | | | |
|---|---|---|---|
| **Control #:** | 32 | **Evidence Box:** | 7 |
| **Location:** | Master Bedroom | **Locator Code:** | I |
| **Found:** | Dresser under TV | | |
| **Description:** | Seized per Warrant | Riverside, CA property expense records; horse purchase and expense records | |

| | | | |
|---|---|---|---|
| **Control #:** | 33 | **Evidence Box:** | 7 |
| **Location:** | Master Bedroom | **Locator Code:** | I |
| **Found:** | Dresser under TV | | |
| **Description:** | Seized per Warrant | Bank records for Ken Taylor and Kreighton Daschel LLC; copies of 2009 & 2010 tax returns; IRS & CA tax notices/letters for Ken Taylor | |

| | | | |
|---|---|---|---|
| **Control #:** | 34 | **Evidence Box:** | 8 |
| **Location:** | Closet | **Locator Code:** | A-1 |
| **Found:** | Closet | | |
| **Description:** | Seized per Warrant | Clearfog Investments records; wire transfer details; correspondences | |

| | | | |
|---|---|---|---|
| **Control #:** | 35 | **Evidence Box:** | 7 |
| **Location:** | Master Bedroom | **Locator Code:** | I |
| **Found:** | Dresser under TV | | |
| **Description:** | Seized per Warrant | Various expense; loan; vehicle; storage unit; tax and bank records for Ken Taylor, Yavair Taylor, Clearfog and Kreighton Daschel | |

| | | | |
|---|---|---|---|
| **Control #:** | 36 | **Evidence Box:** | 9 |
| **Location:** | Master Bedroom | **Locator Code:** | G |
| **Found:** | Closet | | |
| **Description:** | Seized per Warrant | Correspondence with Attorney - Possible Taint | |

| | | | |
|---|---|---|---|
| **Control #:** | 37 | **Evidence Box:** | 9 |
| **Location:** | Kitchen | **Locator Code:** | E-2 |
| **Found:** | Nook | | |
| **Description:** | Seized per Warrant | Paperwork from Law Office - Possible Taint | |

| | | | |
|---|---|---|---|
| **Control #:** | 38 | **Evidence Box:** | 9 |
| **Location:** | Master Bedroom | **Locator Code:** | I |
| **Found:** | Nightstand, balcony side of bed | | |
| **Description:** | Seized per Warrant | Documents from Attorney - Possible Taint | |

US-024476

| Control #: | 39 | | Evidence Box: | 9 |
|---|---|---|---|---|
| Location: | Hallway | | Locator Code: | H |
| Found: | Inside the drawer | | | |
| Description: | Seized per Warrant | Letter from Attorney to Ken Taylor | | |

| Control #: | 40 | | Evidence Box: | 10 |
|---|---|---|---|---|
| Location: | His Closet | | Locator Code: | I-1 |
| Found: | Closet | | | |
| Description: | Seized per Warrant | Breitling for Bentley, Serial #2286080 | | |

US-024477