ALEX G. TSE (CABN 152348)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

COLIN SAMPSON (CABN 249784)
Assistant United States Attorney

CHARLES A. O'REILLY (CABN 160980)
Trial Attorney, Tax Division
  450 Golden Gate Ave., Box 36055
  San Francisco, CA 94102
  Telephone: (415) 436-7020
  Facsimile: (415) 436-7009
  Email: colin.sampson@usdoj.gov

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>KENNETH TAYLOR,<br><br>    Defendant. | Case No. 4:17-cr-00191-JST-1<br><br>STIPULATION TO CONTINUE DEADLINES FOR OPPOSITION AND REPLY BRIEFS<br><br>Date:   October 12, 2018<br>Time:  9:30 p.m.<br>Place:  Courtroom 2, 4th Floor<br>         Oakland Courthouse |

The parties hereby STIPULATE and AGREE as follows:

1. By stipulation dated June 18, 2018, the parties agreed to and proposed the following briefing schedule:

    Last Day to File Motions:        August 10, 2018

    Last Day to File Oppositions:    August 24, 2018

    Last Day to File Replies:        August 31, 2018

| | | |
|---|---|---|
| 1 | Motions Hearing: | September 7, 2018 at 1:30 p.m. in Oakland. |

2. By order dated June 21, 2018, the Court ordered the briefing schedule as stipulated, but ordered that the motions hearing would be held October 12, 2018 instead of September 7, 2018. In its order, the Court stated that it would "entertain a stipulation to modify the briefing schedule provided that reply briefs are due no later than September 21, 2018." Doc. No. 49.

3. Defendant Taylor timely filed a Motion to Suppress (ECF No. 56) and a Motion for a Bill of Particulars (ECF No. 57) on August 10, 2018, and the United States filed Notices regarding Federal Rule of Evidence 404(b) and regarding certifications of the absence of public records. On that same date, Defendant Sharon Ringgenberg pleaded guilty to Counts One through Three of the Indictment.

4. Government counsel is unavailable due to a medical procedure scheduled for Friday, August 24, 2018. Defendant Taylor's counsel is presently in a trial expected to last until August 31, 2018.

5. It is hereby stipulated by and between Plaintiff, the United States of America, and Defendants, through their counsel, that the briefing schedule for the last day to file oppositions and the last day to file replies is to be set as follows:

| | |
|---|---|
| Last Day to File Oppositions: | September 7, 2018 |
| Last Day to File Replies: | September 21, 2018 |

Respectfully submitted,

Dated: August 23, 2018         */s/ Colin Sampson*
                               COLIN SAMPSON
                               Assistant United States Attorney

Dated: August 23, 2018         */s/ Martha Boersch*
                               MARTHA BOERSCH
                               Attorney for Defendant Kenneth Taylor

**ORDER**

Pursuant to the Stipulation of the United States of America and Defendant Kenneth Taylor, and for good cause shown therein:

IT IS ORDERED THAT the motions hearing date and briefing schedule is reset as follows:

Last Day to File Oppositions: September 7, 2018

Last Day to File Replies: September 21, 2018

Motions Hearing: October 12, 2018, at 1:30 p.m. in Oakland.

IT IS SO ORDERED.

Dated: August 24, 2018

THE HONORABLE JON S. TIGAR
UNITED STATES DISTRICT JUDGE

Case No. CR 17-CR-00191 JST-1