1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2
   JOHN H. HEMANN (CABN 165823)
3  Acting Chief, Criminal Division

4  COLIN SAMPSON (CABN 249784)
   Assistant United States Attorney
5  CHARLES A. O'REILLY (CABN 160980)
   Trial Attorney, Tax Division
6    450 Golden Gate Ave., Box 36055
7    San Francisco, CA 94102
     Telephone: (415) 436-7020
8    Facsimile: (415) 436-7009
     Email:     colin.sampson@usdoj.gov
9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>KENNETH TAYLOR,<br><br>    Defendant. | Case No. 4:17-cr-00191-JST-1<br><br>STIPULATION TO CONTINUE PRETRIAL DEADLINES AND SET CHANGE OF PLEA HEARING<br><br>Date:  March 1, 2019<br>Time:  9:30 a.m.<br>Place:  Courtroom 2, 4th Floor<br>        Oakland Courthouse |

The parties hereby STIPULATE and AGREE as follows:

1. The parties have been preparing for trial, currently set to commence on April 1, 2019, with a pretrial conference hearing scheduled for March 15, 2019.

2. The parties have also been conducting plea discussions with an end toward resolving this criminal matter. Given the parties' general agreement on a resolution at this time, the parties stipulate and request an order continuing any

| | | |
|---|---|---|
| 1 | | pretrial deadlines for a period of two weeks and setting a change of plea hearing |
| 2 | | before the District Court for March 1, 2019. |
| 3 | 3. | If the parties are unable to reach a plea agreement, the parties request that the |
| 4 | | Court convert the change of plea hearing to a status conference to reschedule |
| 5 | | pretrial deadlines and trial, if necessary. |

So stipulated and agreed:

Dated: February 19, 2019  */s/ Colin Sampson*
COLIN SAMPSON
Assistant United States Attorney

Dated: February 19, 2019  */s/ Martha Boersch*
MARTHA BOERSCH
Attorney for Defendant Kenneth Taylor

| | |
|---|---|
| 1 | **ORDER** |
| 2 | Pursuant to the Stipulation of the United States of America and Defendant Kenneth |
| 3 | Taylor, and for good cause shown therein, IT IS ORDERED THAT: |
| 4 | 1. All current pretrial deadlines are continued for a period of fourteen days; and |
| 5 | 2. A change of plea hearing shall be conducted on March 1, 2019, at 9:30 a.m. |
| 6 |     before the District Court in Oakland. |
| 7 | 3. Any request for continuance of the trial date, as suggested by the parties' |
| 8 |     motion, will require an independent showing of good cause. |
| 9 | IT IS SO ORDERED. |

Dated: February 20, 2019

_____
THE HONORABLE JON S. TIGAR
UNITED STATES DISTRICT JUDGE

Case No. CR 17-CR-00191 JST-1