UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 17-cr-00191-JST-1 |
|---|---|
| Plaintiff, | |
| v. | **ORDER GRANTING MOTION FOR EXTENSION OF TIME TO SELF-SURRENDER** |
| KENNETH TAYLOR, | |
| Defendant. | Re: ECF No. 158 |

Before the Court is Defendant Kenneth Taylor's motion for extension of time to self-surrender. ECF No. 158. The government opposes the motion. ECF No. 160. Having reviewed the papers, and good cause having been shown, IT IS HEREBY ORDERED that the date for Mr. Taylor to surrender to the Bureau of Prisons shall be extended from January 10, 2020, to March 6, 2020.

The Court does not anticipate granting further extensions.

**IT IS SO ORDERED.**

Dated: January 2, 2020

_____
JON S. TIGAR
United States District Judge